IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRUCE J. COSSETT, #280337 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16cv214 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**O R D E R**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush. The Initial Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Petitioner's motion for default judgment (de# 11) is **DENIED**.

**SIGNED this 5th day of August, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE